AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

v.

Deleon

## APPEARANCE

Case Number: 1:06M54A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roman Ernesto Deleon

I certify that I am admitted to practice in this court.

6-16-06

Date

[signature]

Signature

Edward C. Roy Jr. 3029

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

| Providence | RI | 02903 |
|---|---|---|
| City | State | Zip Code |

| (401) 528-4281 | (401) 528-4285 |
|---|---|
| Phone Number | Fax Number |