AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Roman Ernesto DeLeon

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06M54A

I, Roman Ernesto DeLeon, charged in a (complaint) (petition) pending in this District with Passport fraud, false claim of US citizenship in violation of Title 18, U.S.C., §§ 1542, 911, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Roman E. DeLeon
*Defendant*

6-16-06
*Date*

[signature]
*Counsel for Defendant*